UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 OCT 29 AM

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Rodolfo GONZALEZ-Ruiz**<br>Defendant. | Magistrate Case No. '07 MJ 2512<br>COMPLAINT FOR VIOLATION OF<br>Title 8, U.S.C., Section 1326<br>Attempted Entry After<br>Deportation |

The undersigned complainant being duly sworn states:

On or about **October 19, 2007**, within the Southern District of California, defendant **Rodolfo GONZALEZ-Ruiz**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Mario Avila, U.S. Customs Border
Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **29th** DAY OF **October**, 2007.

UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, United States Customs and Border Protection (CBP) Enforcement Officer Fernando Cerda, declare under penalty of perjury the following to be true and correct:

On October 19, 2007 at approximately 0004 hours **Rodolfo GONZALEZ-Ruiz (Defendant)** made application for admission into the United States from Mexico at the San Ysidro Port of Entry. Defendant was the driver and sole visible occupant of a blue Ford Explorer. Upon inspection before a CBP Officer Defendant presented his California Identification Card and stated he was a "US" citizen. Defendant went on to state that he was born in "LA" and that he was going to San Diego. The CBP officer queried the Defendant's name and received a computer generated lookout. Defendant was referred to secondary inspection.

In secondary, Defendant was queried by fingerprints and photograph through the Automated Biometric Identification System (IDENT). IDENT returned a match to the query, identifying Defendant as a citizen of Mexico and previously deported/removed alien.

Further queries using the Immigration Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed Defendant to be a citizen of Mexico with no legal documents to enter the United States. DACS indicates that on or about May 09, 1995 an Immigration Judge ordered Defendant deported from the United States and Defendant was subsequently removed to Mexico. DACS information indicates Defendant was last removed from the United States to Mexico on or about June 19, 2007. Immigration service records contain no evidence that Defendant has applied for, nor received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.

EXECUTED ON THIS 19th DAY OF **October 2007** AT **1800 hours.**

[signature] 7238

Fernando Cerda / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on **October 19, 2007** in violation of Title 8, United States Code, Section 1326.

[signature]
MAGISTRATE JUDGE

10/20/07 at 11:07am
DATE / TIME