AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RODOLFO GONZALEZ-RUIZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR 3167-WQH

I, RODOLFO GONZALEZ-RUIZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-27-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before JUDICIAL OFFICER

FILED

NOV 27 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY