**TIMOTHY R. GARRISON**
California Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Tel: (619) 234-8467 ext. 3722 / Fax: (619) 687-2666
timothy_garrison@fd.org

Attorneys for Gonzalez-Ruiz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RODOLFO GONZALEZ-RUIZ,<br>Defendant. | ) | CASE NO. 07CR3167-WQH<br><br>**NOTICE OF WITHDRAWAL** |

Notice is hereby given by Timothy R. Garrison, Federal Defenders of San Diego, Inc., that the following document is withdrawn from the record in the above-captioned case to correct a administrative error in filing:

Document: *NOTICE OF APPEARANCE*

File Date: December 20, 2007

Docket #: 10

Respectfully submitted,

Dated: December 20, 2007

*/s/ TIMOTHY R. GARRISON*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
timothy_garrison@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: December 20, 2007

*/s/ TIMOTHY R. GARRISON*

Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
timothy_tarrison@fd.org (email)