1

FILED 08 APR 16 AM 9:09 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: ECL DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED 2008 JAN 16 PM 1:18 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: RM DEPUTY

UNITED STATES OF AMERICA,
Plaintiff,

vs.

RODOLFO GONZALEZ-RUIZ,
Defendant.

CASE NO. 07CR3167-WQH

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 14, 2008

Nita L. Stormes
NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ENTERED ON ________________

I have executed within Judgment of dismissal
Judgement and Commitment on 4/15/08

United States Marshal

By: [signature]
USMS Criminal Section